Christopher Mackey
53 Lakeman's Ln
Ipswich MA 01938

FILED
IN CLERKS OFFICE
2020 NOV 27 AM 10:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff,

vs.

Salem State University
352 Lafayette St.
Salem MA 01970

Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108
   Defendant,

Assisted Suicide Discrimination (Non-Consentual)

United States District Court
For The District of Massachusetts

1. I, Christopher Mackey started pursuing my Masters Degree in Business Administration at Salem State University in 2017.

2. In 2017 I requested accomodations for a Mental Disability at Salem State University and I was asked for confirmation of my diagnosis/for my Diagnosis along with a description of how my Mental Disability affected me by disability Services. I provided them with Documentation of my Mental Illness and told the disability services coordinator that I worry and my

Worrying interferes with my ability to concentrate.

3. I was employed by Merrimack Valley Distributing company as a supplier reconciliation specialist in 2017. After requesting accomodations from MVDC and complaining about Harrassment I was Fired. This occurred shortly after requesting disability leave and shortly after I was fired rumors started surfacing at Salem State University that I had Borderline Personality Disorder. I filed a discrimination complaint with MCAD against MVDC and I never told anyone yet somehow Salem State University found out. In/around September of 2017 I got an Interview at JoVE in Cambridge as a Junior Accountant. Towards the end of the interview and as I was leaving, the Accounting Supervisor (my future Manager) brought up that I Forgot to respond/didn't respond to an MCAD Investigators Email. (She was referring to an email that was sent to me by an MCAD investigator asking me to withdraw my complaint from MCAD because a settlement was reached with MVDC.

4. While employed at JoVE rumors started surfacing that I have Borderline Personality Disorder. I asked for Disability leave at JoVE and it was granted by the Human Resource Director. After I returned to JoVE from Disability leave and towards the end of my employment, the Finance Director tried to set me up to be fired. On or around January 3rd of 2018 I was called into the

Finance directors office and he gave me the next day off because there was a snow storm coming and it seemed like he was somewhat empathetic with my situation. I didn't turn my work laptop on the next day and it turns out that he sent me an email asking me why I wasn't online after he had just told me that I didn't need to work it. The day I come back to work the HR Director pulls me into her office and is accusing me of not working when I was given permission to take the day off. It turns out the Finance director forwarded the email that he sent me me asking me why I am not online to the HR Director. I threatened to file a lawsuit/take legal action if they didn't pay me for the day after explaining everything and then I was sent home by the HR Director and then fired via email. I filed an MCAD complaint against JoVE and in response JoVE said that I was yelling, screaming, acting hostile, and scaring employees and thats why they fired me. They also said that I never asked for accomodations for a disability and neither of these statements were true. I believe that these statements and actions were made up with the intent to decieve a judge, jury, Investigator etc. into believing that this behavior took place because it is consistent with some symptoms of Borderline Personality Disorder.

5. During the Spring Semester of 2018 two counts of Assault and Battery were made up by

family members after I got into an argument with my younger brother about information spilling over from my place of work into home and vice versa. (Some of the information that was spilling over ~~properplace~~ includes information such as how much money I was making, what my business was, what I was doing etc.). In fact I was the one that was assaulted and almost choked out to the point in which I almost lost consciousness. and on the Police report it said that I tried choking him out. I went to the hospital that day to get checked out and there was bruising marks around my neck. ~~and I was admitted a~~

6. Later on in the Spring Semester of 2018 I filed an Internal Discrimination complaint with Salem State University because they were retaliating by hacking my computer and phone, they were spreading around false rumors such as I abused my dog and had STD's, they were maliciously spreading my Diagnosis of ~~Booh~~ Borderline Personality Disorder, ~~onte~~ and they were releasing confidential information from my therapy sessions. I recieved no response from Salem State University

7. In or Around August of 2018 the two counts of Assault and Battery against me were set to go to trial at Newbury District Court. My younger Brother, Mother, and Father were all ready to testify and then in front of them I asked my defense Attorney

if I could call witnesses in to testify from my former employer because me and my younger brother were arguing about me being retaliated against by my former employer JoVE via family members feeding information into JoVE. My Lawyer said that I could and then he quickly went to the A.D.A. and then my younger brother and mother plead the fifth. The case got dismissed despite my father being willing to testify (If I was able to introduce witness testimony from my former employer there would be more then enough evidence to get a not guilty verdict)(Also if I had a copy of my medical record on me at the time of the trial it would of also rendered a not guilty).

8. In/around September of 2018 I was given permission to Discontinue my Anti-Deppressant and I also got a Job Interview at Ameriprise Financial. The position of Financial Advisor was offered to me after several interviews and was later rescinded because I had a Felony Conviction which I did disclose to them during the Interview process. I had hoped that they might be willing to represent me at FINRA so that I could enter the Financial Industry despite having a Disqualifying Event/Conviction on my record and because my record was set to be expunged in a year and a half. I believe that Ameriprise

was told ahead of time that I had a Mental Illness/Disability because I was asked odd questions in an interview as if they were gauging my ability to understand social cues/social interactions.

9. In december of 2018 I threatened to file a lawsuit against Salem State University because they didn't respond to my previous internal complaint. Shortly after I threatened to file a lawsuit against them rumors were spread that I tried sleeping with someone who was in a relationship/had a boyfriend. During the Spring Semester of 2019 I got an Interview at Mutual of Omaha and they agreed to proceed forward with the pre-contract phase in the hiring process. In February of 2019 I scheduled a "Business Meeting" with John D. Keenan, the President of Salem State University in an attempt to get some help with my Financial Advising Career. After a Brief meeting with him in which I told him that I was going to drop my courses he went over to his desk to pick up his business card, looked at both sides of it and says "I have ~~a wife and kids~~ a wife and kids... have a good day." (On one side of his business card there where some Chinese characters on it and on the other side there were purely English). Not too long after that rumors began spreading that I was "trying to sleep with a married

woman". The only woman that I liked at the University was Chinese and she wasn't even married at the time the rumor started. (Her name is Joanna Chung and she tried sleeping with me in ~~about~~ four out of the five classes we were in together). She was getting married in July of 2019 and I never tried sleeping with her once.

10. Rumors that I was trying to sleep with a "married woman" were being spread all throughout Salem State University, My Employer, and even the Public. As a result of the rumors being spread I was spit at multiple times, called scum, and even told to hang myself in the form of someone making a hanging gesture. While the false rumor that I was trying to sleep with a married woman was being spread I was prescribed a medication that was previously deleted off of my chart as an Allergy and the Allergy is Suicidal thoughts. The Medication is called Gabapentin and the ~~company~~ ~~that prescribed it~~ Medical Provider who prescribed it when the rumor was spreading was the same one that previously had it listed on My Chart as an Allergy. The medication in cohort with the false rumor led to me damaging parts of my apartment and after that occurred I moved away hoping the rumor would stop but it didn't (Salem State University was well aware that this rumor was causing me problems and I voiced to them several

times I wasn't going to sleep with her or try sleeping with her. They also knew that this was making me depressed.)

11. Around April/May of 2019 I moved back to my parents house because the harassment was becoming too much of a problem. While I was back at home in ipswich my father tried to get me to agree with the statements "Didn't you say you had a relationship with a proffessor/teacher and the University didn't like you for that" and "didn't you say you were trying to sleep with a married woman named Joanna".

12. In June of 2019 I filed a discrimination complaint with the office of Civil Rights and it stated that Salem State University was retaliating against me by hacking my computer, that they were ~~falslee~~ spreading around the false rumor that I was trying to sleep with a married women after I engaged in protected activity (threatened to sue them over discrimination), ~~that~~ that they were releasing my mental illness/Diagnosis to allow/enable employers ~~to~~ and themselves to make up things that are consistent with the symptoms/criteria of Borderline Personality Disorder if they wanted to fire me/create problems for me to make it appear that there was ~~~~ cause to fire me when there wasn't etc. My complaint also

included that Salem State University was releasing confidential information from my therapy sessions/getting it from therapists.

13. JULY 2019 JOANNA CHUNG "GET'S MARRIED"

14. In Early August of 2019 I talked to an Investigator from the Office of Civil Rights and it didn't really seem as if the investigator wanted to concede that my case against Salem State University was more than just a Defamation/HIPPA violation case. I had emphasized to the investigator several times that if she needed more evidence to support to let me know but she never asked for any more. Towards the end of August I went to Joanna Chungs place of work to try and get a statement from her that I never tried sleeping with her. (She agreed with me when I stated this at the time). After I explained to her that the University was trying to get me to commit suicide and blame it on her in a sense (attribute/Disguise it under another Borderline Criteria/Symptom: Intense Fear of Abandonment) She went to get emergency services. I was sectioned unlawfully and signed myself out a few days later.

15. Not too long after a 258e Harassment Prevention Order was filed against me by Joanna Chung on behalf of Salem State University with the sole intention of using it to retaliate. (The 258e proceedings were used to try and get me to comitt suicide/cover up an assisted suicide attempt). The 258e hearing was held at Salem District Court on September 9th of 2019 in front of Judge Robert Brennan. During the 258e hearing Joanna brought up not one instance of harassment and was in fact harassing me ~~noncompian~~ with the Judge supporting/instigating her efforts. In the hearing she told the Judge that I went to her work (with my civil rights complaint in hand) and I was talking to her in the context of wanting to kill myself because I couldn't sleep with her or date her. (The Judge had a copy of my complaint which was taken from me by the Police that sectioned me at her place of work which was the V.A. hospital in Bedford MA). The Judge referred to my complaint as a "Manifesto" and when I told him it's not he said "It speaks for itself". My complaint stated that the University was trying to ~~get~~ me to commit suicide by saying that I was trying to sleep with a "married woman" and that the University was using/allowing others to use the criteria/symptoms of my Diagnosis/Mental Illness to create problems

long as it can't be proved". There were close to twenty people in that Courtroom including several officers of the court and they all had a look of disbelief in their faces, because of the Judges ruling. (The 258e Recording was modified by the Court System).

16. Not too long after that efforts to entrap me into violating the VOID Harassment Prevention Order ensued. Several Different parties including police officers, family members, members of the General Public, Students at a University, and people I worked with told me things such as that I can go and see Joanna, that I can call her, that she wants to help me, she wants to apologize, that the University lied to her, that IF I filed a lawsuit against the University she would kill herself, that the HPO was void, that it was unenforceable, etc. (Most of the statements were made to me on a daily basis). I Ended up trying to talk to her in late Dec/Early Jan and I was charged with 3 counts of Violating a Harassment prevention Order. On the last Violation a V.A. Police officer lied on a Police Report and said that I walked right into the V.A. Police Station and said "I am here to talk to Joanna Chang about a Government Conspiracy". (This was an effort to make it look as if I were Psychotic/Crazy and/or to defeat an entrapment defense).

for me. Fear of Abandonment is one of the most difficult symptoms to deal with so the university and Joanna were trying to make it look like I wanted to kill myself because I couldn't see her/date her/sleep with her. (When people with Borderline Personality Disorder are Abandoned by people who are close to them, supportive, and helpful etc. it is when suicide attempts happen). In the hearing I was trying to inquire as to why Joanna went to get emergency services and the Judge interrupted and said that she didn't have to answer that despite it being a full evidentiary proceeding. I stated that Joanna didn't have a case/meet the criteria for the referring to the criteria for a HPO to be granted and then he put the case onto further/2nd call. When the case was called again all of a sudden Joanna says that I said "that "I will kill myself if she doesn't sleep with me." (Suicidal thoughts, gestures, and behaviors is another criteria/symptom of Borderline Personality Disorder)(This statement was made by her was made up). The Judge ruled in her favor after he said that he read my now "Document" and stated that he thought she was in imminent danger of Abuse of Harassment. I stated that she lied under oath and ~~shouldn't Do~~ then Joanna proceeded to cry, ~~[struck out]~~ and walk over towards me in an attempt to hug me. A Salem State University Police officer steered her away and said to her "You can lie ~~[struck]~~ under oath as

17. Concord District Court held a Magistrate Hearing on the matter and I brought a "Binder" full of "Evidence" along with recordings to the Hearing. I explained to the Magistrate that it was a VOID Restraining Order which is unenforceable along with the fact that I was entrapped into violating it. Despite everything being explained and probable cause being eliminated charges were still brought forward and I spent close to 6 months In Jail (The Judges and ADA's knew/should have known that the charges were brought forth when they shouldn't have). They also knew that Salem State University and the State of Massachusetts were trying to get me to commit suicide. While In Jail I was denied the appropriate medications, and then the appropriate dosages once I finally got them/some of them. I was never given or offered a prescription to the ones I was taking in Jail when I left until my very last incarceration. Another motive of the 258e Court proceedings were to try and cover up some of the Fraud that was going on at Salem State University, In the Court systems, and at my Employer. [The Probation] For Example, my probation officer told a Judge that I was referring to my Civil rights Complaint as a "Manifesto" in a conversation I was having with her, and a Newton Police Officer in essence

did the same exact thing. In a Victim impact Statement that was submitted by Joanna Chang she stated that my sole purpose for visiting her was to give her my "manifesto" and she also stated on it that she "may have taken/had a class with me" when she was was in five classes with me. After I told the case was dismissed, I was still sentenced to two months.

18. On July 29th of 2020 I was unlawfully arrested by several Newton Police officers enforcing a warrant they knew was void. Earlier that day I had finalized a request for removal (U.S.C. 28 Chapter 89 § 1443) to bring the HPO Criminal proceedings into a Federal Courtroom because the District/State Courts were not handling them properly. (I had filed a request for removal earlier but I was told it need to be updated/needed a Cover sheet). (The Charges were brought against me for discriminating reasons so they were eligible for Removal. - Because I engaged in a Protected Activity under the Civil Rights Laws of the United States of America) The Newton Police officers made up five counts of Assault and Battery with a Dangerous Weapon (They said I tried backing over them with my truck). Luckily I had installed security cameras on the outside of my apartment and it shows that no assaults took place in contrast to what the arresting officers said. I believe

the arresting Newton Police Officers were told to make up those charges to help the State and Salem State University defend against one of the largest individual Retaliation/Discrimination cases in U.S. History and possibly the world. My Attorney sent the video to the D.A.'s office and the Judge presiding over the A+B case has been made aware by an Officer of the Court, My Attorney, that the Charges are Frivilous. I have now been in Jail for close too two months on the New set of Criminal Charges which are Frivilous, while struggling to get the proper medications and treatments for my Mental Illnesses, while having Just filed another request to Remove yet another set of Frivilous charges because I exercised my civil right to be free from discrimination/harassment, while my dogs birthday who is dying of Degenerative Myleopathy just past on the 18th of November (Probably his Last) all the while Salem State University and the Commonwealth of Massachusetts is still trying to get me to commit suicide.

Request for a Trial by Jury

Respectfully Submitted

Christopher Mackey

Christopher Mackey